# United States Bankruptcy Court
## FOR THE
### EASTERN DISTRICT OF VIRGINIA

IN RE: Jimetria R Chavis  
     3100 Pinetree Drive  
     Petersburg, VA  23803

CASE No. 00-05-34796

# FINAL REPORT AND ACCOUNT
### DATED: 07-11-06
#### CLOSED [COMPLETE]

Pursuant to Chapter 13 Rule 2015[a][6], your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015[a][6] are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $2090.00  
                                                                                                    100.00 PERCENT PLAN

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 001 | WORLD FINANCIAL NETWORK NATION | UNSECURED | 166.95 | 166.95 | | |
| 002 | SOUTHERN CAR SALES | SURRENDER | | | | |
| 100 | Richard J. Oulton, Esquire | ATTORNEY FEES | 1650.00 | 1650.00 | | |

ATTORNEY       : Richard J. Oulton, Esquire  
DATE FILED    : 05-24-05  
DATE CONFIRMED : 09-14-05  
DATE TERMINATED :  

REFUND TO DEBTOR: 142.08

| | |
|---|---:|
| ATTORNEY FEES | 1650.00 |
| REFUND, PLAN | 142.08 |
| TRUSTEE EXPENSE | 130.97 |
| UNSECURED | 166.95 |
| INTEREST | 0.00 |
| TOTAL DISBURSEMENTS | 2090.00 |

/S/ Carl M. Bates  
        TRUSTEE